UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:12-cv-04324-GW-OP |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER ESTABLISHING JUST |
| v. | ) | COMPENSATION, REQUIRING A |
| | ) | SUPPLEMENTAL DEPOSIT OF JUST |
| 10.00 ACRES OF LAND, MORE OR | ) | COMPENSATION, DISTRIBUTING |
| LESS, SITUATE IN SAN BERNARDINO | ) | FUNDS IN THE COURT REGISTRY, |
| COUNTY, STATE OF CALIFORNIA; | ) | AND ENTERING FINAL JUDGMENT |
| AND FAMILY NURSERY CO., INC., | ) | |
| ALI BAHARLOO, et al., | ) | |
| | ) | JS-6 |
| Defendants. | ) | |

Good cause appearing, the Parties' Joint Motion for an Order Establishing Just Compensation, Requiring a Supplemental Deposit of Just Compensation, Distributing Funds in the Court Registry, and Entering Final Judgment is GRANTED. Accordingly, IT IS HEREBY ORDERED that:

1. The sum of Thirty-Eight Thousand Dollars ($38,000.00), inclusive of interest, is the full and just compensation for the taking in this action.

2. Plaintiff shall deposit a further Thirty-Two Thousand Five Hundred Dollars ($32,500.00) into the Registry of the Court.

3. Following Plaintiff's deposit of a further $32,500.00 into the Registry of the Court, the Clerk shall disburse the entire sum of Thirty-Eight Thousand Dollars ($38,000.00) from the Registry of the Court, plus any interest accrued thereon, less any authorized fees or costs, as follows to:

      Family Nursery Co., Inc.
      P.O. Box 389
      Victorville, CA 92393

4. Judgment shall be entered against the United States of America in the amount of $38,000.00 in favor of Defendant.

5. If it is finally determined that Defendant is not entitled to such deposit, or any part thereof, Defendant shall refund into the registry of this Court such sum paid to them, or such part thereof as the Court may direct, with applicable interest, calculated in accordance with Fed. R. Civ. P. 71.1(j).

6. The parties shall be responsible for their own legal fees, costs, and expenses, including attorney fees, consultant fees and any other expenses or costs.

7. Defendant shall take no appeal from any rulings or judgments made by the Court in this action.

8. The Clerk shall enter final judgment in accordance with this joint motion.

IT IS SO ORDERED.

DATED: December 20, 2012   _____

                                        HON. GEORGE H. WU, U.S. DISTRICT JUDGE